**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7492**

———————

JOHN A. FRILANDO, a/k/a John Frilando, a/k/a John Anthony
Frilando,

        Plaintiff - Appellant,

     v.

DIRECTOR TIMOTHY JOHNSON, Acting Warden; ASSOCIATE WARDEN
LANKFORD; UNIT MANAGER R. KEYS; COUNSELOR T. NAYLOR; SIS
LIEUTENANT J. STIVERS; LIEUTENANT GOODYEAR; LIEUTENANT F.
HILL; LIEUTENANT HANKERSON; CAPTAIN E. RAYBURN; FREDRICK
GRAINGER, Correction Officer; COUNSELOR THRASHER; SIS
LIEUTENANT J. PATTERSON,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  David C. Norton, District Judge.
(4:13-cv-02931-DCN)

———————

Submitted:  February 25, 2015      Decided:  March 3, 2015

———————

Before NIEMEYER, KING, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Anthony Frilando, Appellant Pro Se.  Barbara Murcier
Bowens, Assistant United States Attorney, Columbia, South
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John A. Frilando appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Frilando v. Johnson, No. 4:13-cv-02931-DCN (D.S.C. Sept. 26, 2014). We deny Frilando's motions for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2